# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:04cv189

| | |
|---|---|
| EVERETTE C. CARNES and wife ) <br> RACHEL P. CARNES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> STATE AUTO PROPERTY AND ) <br> CASUALTY INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the court on plaintiffs' Motion to Compel Discovery. Having considered plaintiffs' motion and reviewed the pleadings, and it appearing that no response was filed within the time provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Compel Discovery (#17) is **GRANTED,** and defendant is **COMPELLED** to produce the requested discovery within 14 days.

**Signed: June 2, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge